**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RUIZ, SR.; JOE RUIZ, JR., <br><br> Plaintiffs, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No: 2:16-cv-01177-ODW-AGR** <br><br> **ORDER RESETTING DATES** |

Due to an oversight, the Court hereby **STRIKES** the dates previously entered for the Hearing on Motions in Limine (September 11, 2017), and the Final Pretrial Conference, Motions in Limine to be Filed, and Proposed Voir Dire Questions and Agreed-to Statement of the Case (September 25, 2017).  (ECF No. 22.)  In addition, the Court **ORDERS** that the dates are reversed, and will be as follows:

| Event | Date |
|---|---|
| Final Pretrial Conference, Motions in Limine to be Filed, and Proposed Voir Dire Questions and Agreed-to Statement of the Case at 1:30pm | September 11, 2017 |
| Hearing on Motions in Limine at 1:30pm | September 25, 2017 |

All other dates entered in the Scheduling and Case Management Order shall remain unchanged.

**IT IS SO ORDERED**.

October 26, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2