

FILED
CLERK, U.S. DISTRICT COURT
December 29, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CR___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Ruiz, Sr., et al., <br><br> PLAINTIFF(S) <br> v. <br> BMW of North America, LLC., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 16-01177-ODW (AGRx) <br><br> **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable Otis D. Wright, II District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Joe Ruiz, Sr., et al.,

recover of the defendant(s):

BMW of North America, LLC.,

the sum of $214,576.57 , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: December 29, 2017

By Charles A. Rojas
Deputy Clerk

At: Los Angeles, CA

cc: *Counsel of record*

CV-49 (05/98)                JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)