**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE RUIZ, SR. and JOE RUIZ, JR., <br> Plaintiffs. <br> vs. <br> BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; FINCHEY CORPORATION OF CALIFORNIA, dba PACIFIC BMW; and DOES 1 through 10, inclusive, <br> Defendants. | Case No. 2:16-cv-001177-ODW-AGR <br><br> **JUDGMENT ON SPECIAL VERDICT FOLLOWING JURY TRIAL** <br><br> Trial Date: 12/27/2017 |

1 | This action came for Trial on December 27, 2017, in Department 5D of the Central District Court of California, located at 350 West 1st Street, Los Angeles, California, the Honorable Otis Wright II presiding.

A jury of eight (8) persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict. The jury deliberated and thereafter returned to the court its verdict, as follows, to wit:

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. The Court enters judgment in favor of Plaintiffs JOE RUIZ, SR. and JOE RUIZ, JR.
2. Plaintiffs JOE RUIZ, SR. and JOE RUIZ, JR. shall recover from Defendant BMW OF NORTH AMERICA, LLC the amount of $170,076.57 with interest thereon at the rate of ten percent per annum from the date of entry of this judgment until paid.

Dated: January 29, 2018

_____
Hon. Otis Wright II
United States District Court Judge